UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-11901-RGS

YOMAIRA VALLE,

Plaintiff

v.

NANCY A. BERRYHILL,
*Acting Commissioner of the
Social Security Administration*,

Defendant

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

March 17, 2020

STEARNS, D.J.

    I agree with Magistrate Judge Cabell's thorough and careful analysis of the record and his conclusion that the Commissioner correctly found that plaintiff Valle was at all relevant times neither physically nor mentally disabled within the meaning of the Social Security Act. Like the Magistrate Judge, I find no reason to fault the Administrative Law Judge's (ALJ) assessment of the evidence regarding plaintiff's mental and physical limitations. Even putting aside the applicable deferential standard of

review, the record is not only complete, but also overwhelmingly supportive of the ALJ's determinations, including the finding that there are jobs in the national economy that Valle can perform.  Consequently, Magistrate Judge Cabell's Recommendation is ADOPTED.  Plaintiff's motion to reverse or remand the decision of the Commissioner is DENIED, and the Commissioner's motion to affirm is ALLOWED.  The Clerk will enter judgment for the Commissioner and close the case.[1]

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE

---

[1] Valle has not filed an Objection to the Magistrate's Report and Recommendation within the time allotted.